IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRINITY INDUSTRIES, INC. <br> and <br> THE TEXAS A&M UNIVERSITY SYSTEM <br><br> Plaintiff, <br><br> v. <br><br> SPIG INDUSTRY, LLC <br> and <br> SPIG INDUSTRY, INC. <br> and <br> SELCO CONSTRUCTION SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:11cv937 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED as follows:

    1.    Plaintiffs' motion (no. 271) to compel production of documents relating to performance is GRANTED.

    2.    Defendants' motion to compel (no. 279) is MOOT.

    3.    Plaintiffs' motion for a protective order (no. 282) is DENIED.

    4.    Plaintiffs' motion (no. 284) for clarification of the order docketed as no. 257 is GRANTED. The production required is limited to demand letters, cease-and-desist letters, and claim construction briefs.

      5.      Defendants' motion (no. 286) to compel further responses to certain interrogatories is GRANTED.

      6.      Plaintiffs' motion to compel (no. 287) is MOOT.

ENTERED this 29th day of August, 2012.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia