IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
DEC - 5 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| TRINITY INDUSTRIES, INC., et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 1:11-CV-937-CMH/TRJ |
| ) | |
| v. ) | |
| ) | |
| SPIG INDUSTRY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiffs/Counterclaim Defendants and Defendants/Counterclaim Plaintiffs hereby stipulate and agree that the above action, including (a) all claims, counterclaims and affirmative defenses actually asserted by the Parties in this action, (b) Counts II and III of the Amended Complaint previously dismissed *without prejudice*, and (c) Counts I, II-A, II-B, III-A and III-B, and the Count VIII of the Second Amended Counterclaim previously dismissed *without prejudice*, are dismissed WITH PREJUDICE, subject to the terms of the Settlement Agreement and Mutual release dated November 26, 2012, with each party to bear its own costs, expenses and attorneys' fees.

So Ordered

/s/
Claude M. Hilton
United States District Judge

Dec. 5, 2012

**SO AGREED AND STIPULATED:**

Dated: November 28, 2012

By: /s/ *Walter D. Kelley, Jr.*

Walter D. Kelley, Jr. (VSB No. 21622)
Tara Lynn R. Zurawski (VSB No. 73602)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
wdkelley@jonesday.com
tzurawski@jonesday.com

*Attorneys for Defendants/Counterclaim Plaintiffs*

Dated: November 28, 2012

By: /s/ *Matthew B. Kirsner*

Matthew B. Kirsner (VSB No. 41615)
William D. Ledoux, Jr. (VSB No. 71198)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
707 East Main Street, Suite 1450
Richmond, Virginia 23219
Telephone: 804.788.7740
Fax: 804.698.2950
mkirsner@eckertseams.com
wledoux@eckertseamans.com

Russell C. Brown, Esq.
THE LAW OFFICES OF RUSSELL C. BROWN, P.C.
P.O. Box 1780
Henderson, Texas 75653-1780
Telephone: 903.657.8553
Fax: 903.655.0218
russell@rcbrownlaw.com

*Attorneys for Plaintiffs/Counterclaim Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, I will electronically file the foregoing *Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Walter D. Kelley, Jr., Esq.
>Douglas H. Pearson, Esq.
>Tara Lynn R. Zurawski, Esq.
>Mark Robert Lentz, Esq.
>JONES DAY
>51 Louisiana Avenue, NW
>Washington, DC 20001
>Tel: (202) 879-3939
>Fax: (202) 626-1700
>Email: wdkelley@jonesday.com
>dhpearson@jonesday.com
>tzurawski@jonesday.com
>mrlentz@jonesday.com
>
>*Attorneys for Defendants Selco Construction, Inc., SPIG Industries, LLC, SPIG Industries, Inc.*

Dated: November 28, 2012

>/s/ Matthew B. Kirsner
>Matthew B. Kirsner (VSB No. 41615)
>ECKERT SEAMANS CHERIN & MELLOTT, LLC
>707 East Main Street, Suite 1450
>Richmond, Virginia 23219
>Telephone: 804.788.7740
>Fax: 804.698.2950
>mkirsner@eckertseams.com
>
>*Counsel for Plaintiffs*

3