IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRINITY INDUSTRIES, INC., et al.,

    Plaintiffs,

v.                                    Civil Action No. 1:11-cv-937

SPIG INDUSTRY, LLC, et al.,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Enforce the Settlement Agreement, Plaintiffs' Motions to Seal, Defendants' Motion to Seal, and Defendants' Motion for an Extension of Time to Correct Plaintiffs' Improper Notice of Hearing. For reasons stated from the bench, it is hereby

ORDERED Plaintiffs' Motion to Enforce the Settlement Agreement is DENIED,

Plaintiffs' Motion to Seal their Memorandum in Support of their Motion to Enforce the Settlement Agreement is GRANTED,

Plaintiffs' Motion to Seal their Reply Brief in Support of the Motion to Enforce the Settlement Agreement is GRANTED,

Defendants' Motion to Seal portions of Defendants' Opposition to Plaintiffs' Motion to Enforce Settlement Agreement

and Exhibits A and B thereto is GRANTED and all these items shall remain under seal, and

It is further ORDERED that Defendants' Motion for an Extension of Time to Correct Plaintiffs' Improper Notice of Hearing is MOOT.

>                         /s/
>                  Claude M. Hilton
>                United States District Judge

Alexandria, Virginia
March _11_, 2013